IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. AMD-00-0151 |
| LARRY JAMES HIGH | : | |

..ooOoo..

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the District of Maryland hereby dismisses the **Indictment** pending against the defendant in the above-captioned case.

Allen F. Loucks
United States Attorney

By: _____
Barbara S. Sale
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

3/4/05

_____
United States District Judge

**Advice to U.S. Marshal:**
(check one)

X   Defendant is not in federal custody.
2.  Defendant is in custody and the USAO believes that:
   a. there is no reason to hold defendant further.
   b. the defendant should be held in Federal custody (explain below).
   c. the defendant should be transferred to State custody (explain below).

Explanation:  Defendant was sentenced in State court.

2